Matthew A. Steward (#7637)
mas@clydesnow.com
Walter A. Romney, Jr. (#7975)
war@clydesnow.com
Nickolas C. Sessions (#18091)
ncs@clydesnow.com
CLYDE SNOW & SESSIONS
201 South Main Street, Suite 2200
Salt Lake City, Utah  84111-2216
Telephone (801) 322-2516

**Attorneys for Defendant Aaron Allred**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, <br><br> Plaintiff, <br><br> v. <br><br> AMICA HOLDINGS, LLC; AMICA DIGITAL, LLC (F/K/A AMICA CREDIT, LLC, D/B/A AMICA LEASING), and AARON ALLRED, <br><br> Defendants. | **DEFENDANT AARON ALLRED'S JOINDER IN DEFENDANTS ACIMA DIGITAL, LLC AND ACIMA HOLDINGS, LLC'S MOTION TO TRANSFER OR, IN THE ALTERNATIVE, TO STAY;** *AND* **REQUEST FOR EXTENSION** <br><br> Case No. 2:24-CV-00525-DBB <br><br> Judge David Barlow |

Defendant Aaron Allred ("Allred"), by and through his below-signed counsel, hereby

joins in the Defendants Acima Digital, LLC and Acima Holdings, LLC's (together, "Acima")

Motion to Transfer or, in the Alternative, Stay (the "Motion") (Dkt. #11) in the above-captioned

{02328686-1 }

matter.  In joining Acima's Motion, Allred adopts the legal arguments of Acima and joins in its request for relief.  Additionally, Allred requests that the Court extend the date for Allred to respond to the Plaintiff's Complaint (Dkt. #2) pending the Court's resolution of the Motion because the resolution of the Motion may make Allred's response moot.

Respectfully submitted this 17th day of September 2024.

CLYDE, SNOW & SESSIONS

/s/ *Walter A. Romney, Jr.*
Matthew A. Steward
Walter A. Romney, Jr.
Nickolas C. Sessions

*Attorneys for Defendant Aaron Allred*

{02328686-1 }                                         2