IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>*Plaintiff,*<br><br>v.<br><br>ACIMA HOLDINGS, LLC, ACIMA DIGITAL, LLC (F/K/A ACIMA CREDIT, LLC, D/B/A ACIMA LEASING), and AARON ALLRED,<br><br>Defendants. | **ORDER GRANTING UNOPPOSED MOTION TO ENLARGE PAGE LIMIT**<br><br>Case No. 2:24-CV-00525-DBB-CMR<br><br>Judge David Barlow<br><br>Magistrate Judge Cecilia M. Romero |

Having considered Defendant Acima's (Defendant) Unopposed Motion to Enlarge Page Limit (Motion) (ECF 38), and for good cause based on the size, scope, and complexity of the Amended Complaint, the court hereby GRANTS the Motion and ORDERS that the page limit for Defendant's Motion to Dismiss shall be enlarged by 10 pages, and Plaintiff's Opposition to Defendant's Motion to Dismiss shall also be enlarged by 10 pages.

DATED this 15 October 2024.

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah