SARAH E. TROMBLEY
FRANCESCA L. BARTOLOMEY
ALEXANDER BROCHE
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
202-435-9735
sarah.trombley@cfpb.gov
francesca.bartolomey@cfpb.gov
alexander.broche@cfpb.gov

*Attorneys for Plaintiff Consumer Financial Protection Bureau*

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ACIMA HOLDINGS, LLC, ACIMA DIGITAL, LLC (F/K/A ACIMA CREDIT, LLC, D/B/A ACIMA LEASING), and AARON ALLRED,<br><br>　　　　Defendants. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**<br><br>Case No. 2:24-cv-00525-DBB-CMR<br><br>District Judge David B. Barlow<br><br>Magistrate Judge Cecilia M. Romero |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff, Consumer Financial Protection Bureau, dismisses with prejudice this action against all Defendants.

Dated: March 6, 2025                     Respectfully submitted,

                                          /s/ Sarah E. Trombley
                                         SARAH E. TROMBLEY
                                         FRANCESCA L. BARTOLOMEY
                                         ALEXANDER BROCHE
                                         Consumer Financial Protection Bureau
                                         1700 G Street, NW
                                         Washington, DC 20552
                                         202-435-9735
                                         sarah.trombley@cfpb.gov
                                         francesca.bartolomey@cfpb.gov
                                         alexander.broche@cfpb.gov
                                         *Attorneys for the Consumer Financial Protection Bureau*